**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01486-CV

### EDITH BETH GRUBAUGH, Appellant

### V.

### JOSE ALMANZA GOMEZ AND TESCO CORPORATION, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-07002**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Lewis

Before the Court is appellant's May 24, 2013 motion to modify the judgment to reflect that the parties shall bear their own costs of the appeal. This Court's judgment already provides that costs may be assessed in accordance with any agreement of the parties. Accordingly, we **DENY** appellant's motion.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE